The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AUSTIN BEAULIER, individually and on behalf of those similarly situated,

Plaintiff,

v.

MICRSOFT CORPORATION,

Defendant.

Case No. 2:26-cv-01031-BAT

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR: April 21, 2026

Plaintiff Austin Beaulier and Defendant Microsoft Corporation ("Microsoft") file this Joint Stipulation to extend the date for Microsoft to respond to Plaintiff's complaint ("Complaint") from April 24, 2026 to June 8, 2026, pursuant to Federal Rule of Civil Procedure 6(b).

Plaintiff filed the Complaint against Microsoft on March 26, 2026, alleging violations of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1202.  Microsoft was served on April 3, 2026.  Microsoft has requested a 45-day extension of time to respond to the Complaint. Beaulier has agreed to this extension.

The parties agree that the present stipulation has been entered into for scheduling purposes only and shall not constitute a waiver of any of the defenses of Microsoft.

Therefore, the parties respectfully request the Court extend the date for Microsoft to respond to the Complaint until June 8, 2026.

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND
2:26-cv-01031-BAT

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
+1 206 839 4300

Respectfully submitted this 21st day of April, 2026.

MILBERG PLLC

By: *s/Douglas H. Sanders*

Douglas H. Sanders (WSBA No. 60610)
1420 Fifth Ave, Suite 2200
Seattle, WA 98101
T: 516.206.7616
dsanders@milberg.com

Gary M. Klinger (admitted *pro hac vice*)
William J. Edelman (admitted *pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: 866.252.0878
gklinger@milberg.com
wedelman@milberg.com

Michael A. Acciavatti
(admitted *pro hac vice*)
405 East 50th Street
New York, NY 10022
T: 212.594.5300
macciavatti@milberg.com

*Attorneys for Plaintiff Austin Beaulier*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*

Mark S. Parris (WSBA No. 13870)
401 Union Street, Suite 3300
Seattle, WA 98101
T: 206.839.4300
F: 206.839.4301
mparris@orrick.com

Christopher Cariello
(*pro hac vice* forthcoming)
ccariello@orrick.com
51 West 52nd Street
New York, NY 10019
T: 212.506.3778

*Attorneys for Defendant Microsoft Corporation*

## ORDER

Based on the foregoing, IT IS SO ORDERED.

Dated this 21st day of April, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND                    - 2 -
2:26-cv-01031-BAT