UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN BEAULIER,

　　　　　　　　　Plaintiff(s),

　　v.

MICROSOFT CORPORATION,

　　　　　　　　　Defendant(s).

CASE NO.
2:26–cv–01031–JNW

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 2:26–cv–01031–JNW and bear the Judge's name in the upper right hand corner of the document.

DATED April 27, 2026

　　　　　　　　　Joshua C. Lewis
　　　　　　　　　Clerk of Court

　　　　　　　　　By:  /s/ Andy Quach
　　　　　　　　　　　Deputy Clerk