UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AUSTIN BEAULIER, individually and on behalf of all those similarly situated,

     Plaintiff,

  v.

MICROSOFT CORPORATION,

     Defendant.

NO. 2:26-CV-01031

**STIPULATED NOTICE**

**Hon. Jamal N. Whitehead**

As authorized by Judge Whitehead's Chambers Procedures, Plaintiff, Austin Beaulier ("Plaintiff") and Microsoft Corporation, ("Defendant" or "Microsoft") have agreed to extend the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss | June 29, 2026 | July 13, 2026 |
| Defendant's Reply in Support of Motion to Dismiss | July 6, 2026 | August 3, 2026 |

The Parties respectfully request that the Clerk of the Court reset the deadlines as noticed.

STIPULATED NOTICE - 1

Dated: June 9, 2026

*/s/Jason Dennett*
Jason T. Dennett
**MILBERG, PLLC**
1700 7th Avenue, Suite 2100
Seattle, WA 98101
Tel: 206-949-1190
jdennett@milberg.com

Gary M. Klinger (*pro hac vice*)
William J. Edelman (*pro hac vice*)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com
wedelman@milberg.com

Michael A. Acciavatti (*pro hac vice*)
**MILBERG, PLLC**
405 East 50th Street
New York, NY 10022
Tel: 212.594.5300
macciavatti@milberg.com

*Counsel for Plaintiff and the proposed class.*

Respectfully submitted,

*/s/Mark Parris (w/ permission)*
Mark S. Parris
Deirdre Farrell
**ORRICK, HERRINGTON
& SUTCLIFFE LLP**
401 Union Street, Suite 3300
Seattle, WA 98101
Tel: 206.839.4300
mparris@orrick.com
deirdre.farrell@orrick.com

Christopher Cariello (*pro hac vice*)
**ORRICK, HERRINGTON
& SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Tel: 212.506.3778
ccariello@orrick.com

*Counsel for Defendant, Microsoft Corp.*

STIPULATED NOTICE - 2